JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN BROEMER, | ) CASE NO. CV 10-05193 MMM (RZx) |
| Plaintiff, | ) |
| | ) JUDGMENT FOR DEFENDANTS |
| vs. | ) |
| GEORGE BUSH et al., | ) |
| Defendants. | ) |

On April 1, 2011, the court dismissed plaintiff's claims against defendants Bush, Cheney, Pawlenty, and the Republican National Committee under 28 U.S.C. § 1915 on the basis that the claims were frivolous. On April 6, 2011, the court granted the motion of defendants City and County of Los Angeles with prejudice. On February 7, 2014, the court dismissed plaintiff's remaining claims under Rule 41(b) of the Federal Rules of Civil Procedure. Consequently,

IT IS ORDERED AND ADJUDGED

1. That plaintiff take nothing by way of his complaint against George Bush, Dick

Cheney, Federal Bureau of Investigation, Department of Justice, Central Intelligence Agency, National Security Agency, Department of Homeland Security, Defense Intelligence Agency, Secret Service, United States Army, IRS, unnamed agents and employees of these departments, agencies, bureaus, and branches, the City and County of Los Angeles, the Republican National Committee, the United States Postal Service, unnamed members of the federal judiciary, Tim Pawlenty, and unnamed members of the House of Representatives; and

  2. That the action be, and it hereby is, dismissed.

DATED: February 7, 2014

              _____
              MARGARET M. MORROW
              UNITED STATES DISTRICT JUDGE